IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 16-20221-CIV-MOORE/MCALILEY

GILBERTO SUAREZ,

    Plaintiff,

v.

MIGUEL ALFREDO GONZALEZ PUEBLA,
NOEL ALAMO, LIDIO MODESTO DOMINGUEZ,
and INT. SPORTS MANAGING, LLC,

    Defendants.
_____

### STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
_____

IT IS HEREBY STIPULATED and agreed, by and between Plaintiff GILBERTO SUAREZ and Defendants MIGUEL ALFREDO GONZALEZ PUEBLA, NOEL ALAMO, LIDIO MODESTO DOMINGUEZ, and INT. SPORTS MANAGING, LLC, by and through their respective undersigned counsel, that this cause having been amicably settled shall be dismissed with prejudice to the Plaintiffs as to any and all claims against Defendants MIGUEL ALFREDO GONZALEZ PUEBLA, NOEL ALAMO, LIDIO MODESTO DOMINGUEZ, and INT. SPORTS MANAGING, LLC. The parties shall bear their own attorney's fees and costs.

DATED this 31st day of March, 2016.

Respectfully submitted,

| | |
|---|---|
|    s/Avelino Gonzalez<br>By: _____<br>**Avelino Jose Gonzalez, Esq.**<br>avelinogonzalez@bellsouth.net<br>Fla. Bar No. 75530<br>**AVELINO J. GONZALEZ, P.A.**<br>*Attorneys for Plaintiff* |    s/Ralph G. Patino<br>By: _____<br>**Ralph G. Patino, Esq.**<br>rpatino@patinolaw.com<br>Fla. Bar No. 768881<br>**PATINO & ASSOCIATES, P.A.**<br>*Attorneys for Defendants* |

| | |
|---|---|
| 6780 Coral Way<br>Miami, FL 33155<br>T: (305) 668-3535<br>F: (305) 668-3545 | 550 Biltmore Way, Suite 740<br>Coral Gables, Florida 33134<br>T: (305) 443-6163<br>F: (305) 443-5635<br>Service: service@patinolaw.com |